1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7

8

9

10

11

12

| UNITED STATES OF AMERICA, | No.  4:15-CR-6005-EFS-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING USAO'S MOTION FOR DISCLOSURE AND MOTION FOR PROTECTIVE ORDER** |
| FRANCISCO OCTAVIO MAGALLON CANO (2), | |
| Defendant. | |

13      Before the Court, without oral argument, are the United States

14   Attorney's Office's (USAO) Motion for Disclosure to Defense Counsel

15   But Not Unsealing, ECF No. 47, Motion for Protective Order, ECF No.

16   49, and two related motions to expedite, ECF Nos. 48 & 50.  The USAO

17   seeks  permission  to  disclose  certain  sealed  documents  to  defense

18   counsel without unsealing the documents and to set parameters for the

19   parties' reference to the existence and content of sealed documents.

20   ECF No. 47.   The USAO also seeks a protective order for discovery

21   materials  to  protect  any  confidential  informants  referenced  therein

22   and  the  ongoing  investigation.   ECF  No.  49.   Because  resolution  of

23   these motions is necessary to further discovery in this case, which is

24   set for trial on May 18, 2015, the Court finds good cause to expedite

25   consideration of these motions.

26

ORDER - 1

1    The investigation that resulted in the Indictment in this case

2  involved a number of warrants filed under seal with a magistrate

3  judge.  ECF No. 47 at 2.  Although these documents should remain

4  sealed to the public to protect any confidential informants and to

5  avoid jeopardizing an ongoing investigation, Defendant must have

6  access to these documents to prepare his defense.  Therefore, the

7  Court finds good cause to grant the USAO's motion and order that the

8  search warrants in case number 4:15-MJ-7022-JPH be disclosed to

9  defense counsel but remain sealed to the public.  The Court also finds

10  good cause to grant the USAO's motion for a protective order related

11  to the dissemination of discovery as set forth below.  The parties are

12  expected to be vigilant in protecting the identity of any confidential

13  informants referenced in sealed documents.

14    Accordingly, **IT IS HEREBY ORDERED**:

15    **1.**    The USAO's motions to expedite, **ECF Nos. 48 & 50**, are

16        **GRANTED**.

17    **2.**    The USAO's motion for disclosure, **ECF No. 47**, is **GRANTED**.

18    **3.**    The USAO's motion for a protective order, **ECF No. 49**, is

19        **GRANTED**, and a protective order is entered, as follows:

20        ***A.***    Defense counsel may possess but not copy the

21            discovery materials, including sealed documents,

22            except for the production of necessary working

23            copies.

24        ***B.***    Defense counsel may show the discovery materials,

25            including sealed documents, to Defendant and discuss

26            the materials with him.

ORDER - 2

1    *C.*   Defense counsel shall not provide discovery materials

2          directly to Defendant or to any other person,

3          including subsequently appointed or retained defense

4          counsel.  This prohibition does not apply to staff of

5          defense counsel or any investigator or expert engaged

6          by defense counsel.  Such staff, investigator, or

7          expert will also be bound by the terms and conditions

8          of this protective order, and defense counsel shall

9          inform them of its requirements.

10   *D.*   Both parties are authorized to reference the

11         *existence* of sealed discovery documents in open court

12         and unsealed pleadings and the *contents* of sealed

13         documents in closed court or in sealed pleadings.

14   *E.*   If the contents of sealed documents are referenced in

15         a pleading, it must be filed under seal.  No motion

16         to seal is necessary.

17   *F.*   Either party may move the Court for relief from the

18         requirements of this order if it becomes necessary

19         during the course of the proceedings in this case.

20   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this

21   Order and provide copies to all counsel and to Magistrate Judge

22   Hutton.

23   **DATED** this  3rd day of April 2015.

24

25                    EDWARD F. SHEA
                 Senior United States District Judge

26

Q:\EFS\Criminal\2015\6005.2.disclosure.prot.order.lc2.docx

ORDER – 3