UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:15-CR-6005-EFS-2 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE |
| vs. | |
| FRANCISCO OCATVIO MAGALLON CANO, | |
| Defendant. | **ECF Nos. 274, 275** |

Date of Motion hearing: 03/30/2016

BEFORE THE COURT are the Defendant's Motion to Modify Conditions of Release (ECF No. 274) and Motion to Expedite (ECF No. 275).  The United States and the Pretrial Services Office do not oppose the Motions.

Defendant asks the Court to lift his home detention and, in its place, impose a curfew between the hours of 9:00 PM and 5:00 AM.  ECF No. 274.  Finding good cause, the Court **GRANTS** Defendants' Motion to Expedite (**ECF No. 275**) and Motion to Modify Conditions of Release (**ECF No. 274**).

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 1

**ACCORDINGLY, IT IS ORDERED:**

1. Motion to Expedite (**ECF No. 275**) and Motion to Modify Conditions of Release (**ECF No. 274**) are **GRANTED**.

2. Defendant shall be restricted to his residence every day from 9:00 PM to 5:00 AM.

3. The Defendant shall abide by all other terms and conditions in Order Setting Conditions of Release entered on March 11, 2015 (ECF No. 19), including GPS monitoring.

DATED March 30, 2016.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE - 2